IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND,<br>Plaintiff, | )<br>)<br>)<br>)<br>) | |
| v. | ) | Civil Action No. 1:09cv1292 |
| COASTAL RESTAURANT FABRICATION INC., d/b/a Coastal Restaurant Fabrication, d/b/a Coastal Restaurant Fabrication, Inc.,<br>Defendant. | )<br>)<br>)<br>)<br>) | |

## JUDGMENT ORDER

Upon consideration of the May 14, 2010 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the May 14, 2010 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant in the total amount of $21,954.25.

It is further **ORDERED** that defendant is **DIRECTED** to file appropriate remittance reports and make all payments due to plaintiff, within twenty (20) days of the date of this Order for the period May 2009 to September 2009, and promptly for all other periods for which it is obligated until the expiration of the current collective bargaining agreement and any extensions thereto.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended causes.

1

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
June 4, 2010

/s/
T. S. Ellis, III
United States District Judge